UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICARDO HOLGUIN-CARRILLO (1);<br>ERNESTO PARRA (2),<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cr-0747-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On May 23, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for May 26, 2023 to July 14, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 46] and sets the Motion Hearing/Trial Setting on July 14, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

Further, on May 12, 2023, Defendant Ernesto Parra filed a pretrial motion that remains pending. Co-Defendant Ricardo Holguin-Carrillo also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from May 12, 2023 to July 14, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 5/24/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE